# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-17-00327-CR

**Timothy Anthony, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 4 OF TRAVIS COUNTY
### NO. D-1-DC-12-907260, HONORABLE MIKE DENTON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Timothy Anthony no longer wishes to pursue this appeal and has filed a motion to dismiss it. We grant the motion and dismiss this appeal. *See* Tex. R. App. P. 42.2(a).

_____

Jeff Rose, Chief Justice

Before Chief Justice Rose, Justices Pemberton and Goodwin

Dismissed on Appellant's Motion

Filed: July 18, 2017

Do Not Publish